**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:00CR268 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EDGAR C. VIDALES, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's on motion. On November 30, 2012, the Court entered a text order requesting the government show good cause within 30 days why this case should not be dismissed as to defendant Edgar C. Vidales (Filing No. 249). The government has not responded and therefore the Court will dismiss the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Indictment as to defendant Edgar C. Vidales is dismissed, without prejudice.

DATED this 3rd day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge